■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE FRANCIS, Appellant. [639 NYS2d 946]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Bracken, J. P., Rosenblatt, O'Brien and Altman, JJ., concur.